HENRY W. BUSE, Respondent, *v.* ESTATE OF FREDERICK BUSE, INCORPORATED, Appellant.

*Bills, notes and checks — action on promissory note — judgment for plaintiff on pleadings.*

Buse v. Estate of Buse, Inc., 191 App. Div. 946, affirmed.
(Submitted April 27, 1921; decided May 13, 1921.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 22, 1920, affirming a judgment in favor of plaintiff entered upon an order of the court at a Trial Term granting a motion for judgment on the pleadings in an action to recover on a promissory note. The answer set up two separate defenses and a counterclaim but on motion the defenses were stricken out and the counterclaim dismissed.

*Robert C. Beatty* and *Albert Edward Maves* for appellant.
*James A. Dilkes* and *Harold L. Allen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, McLAUGHLIN, CRANE and ANDREWS, JJ.